**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **EMPIRE TODAY, LLC** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 13-cv-8075** |
| **STEVE SILVERS, JUDD FELDMAN,** ) | |
| **PIONEER ASSOCIATES, LLC,** ) | **Judge Sara L. Ellis** |
| **COLORADO FUTURE ENTERPRISES,** ) | |
| **LLC, HERITAGE TRUST, and RISK** ) | |
| **PARTNERS, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION TO DISMISS

Plaintiff Empire Today, LLC and Defendants Steve Silvers, Judd Feldman, Pioneer Associates, LLC, Colorado Future Enterprises, LLC, Heritage Trust, and Risk Partners, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to dismiss this action in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

Date: March 12, 2014                          Respectfully submitted,

| | |
|---|---|
| /s/ Kevin D. Kelly | /s/ Nancy A. Temple |
| Kevin D. Kelly | John M. George, Jr. |
| Katherine Heid Harris | Nancy A. Temple |
| Locke Lord LLP | Katten & Temple LLP |
| 111 S. Wacker Drive, Suite 4300 | 542 S. Dearborn St., 14th Floor |
| Chicago, Illinois 60606 | Chicago, Illinois 60605 |
| (312) 443-0217 (K. Kelly) | (312) 663-0800 |
| (312) 443-1713 (K. H. Harris) | jgeorge@kattentemple.com |
| kkelly@lockelord.com | ntemple@kattentemple.com |
| kharris@lockelord.com | |

*Attorneys for Plaintiff Empire Today, LLC*     *Attorney for Defendants Steve Silvers, Judd Feldman, Pioneer Associates, LLC, Colorado Future Enterprises, LLC, and Heritage Trust*

-2-

       /s/ Kevin O'Hagan
Kevin O'Hagan
Daniel J. Nolan
O'Hagan LLC
1 East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422-6120
kohagan@ohaganlaw.com
dnolan@ohaganlaw.com

*Attorneys for Defendant Risk Partners, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2014, I electronically filed the foregoing STIPULATION TO DISMISS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

      Nancy A. Temple      ntemple@kattentemple.com
      John M. George       jgeorge@kattentemple.com

and I caused to be served via email and U.S. Mail, by depositing same in the United States Postal Service at 111 South Wacker Drive, Chicago, Illinois, first class postage prepaid, before the hour of 5:00 p.m., on March 12, 2014, addressed as follows:

      Kevin O'Hagan
      Daniel J. Nolan
      O'Hagan LLC
      1 East Wacker Drive, Suite 3400
      Chicago, Illinois  60601
      kohagan@ohaganlaw.com
      dnolan@ohaganlaw.com

                                              /s/Kevin D. Kelly